M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, California 91316
Telephone: (818) 285-0100
Facsimile: (818) 855-7013
jhayes@rhmfirm.com
matt@rhmfirm.com

*Attorneys for Plaintiff/Debtor*
DDC Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DDC GROUP, INC.,<br><br>                    Debtor.<br>_____<br>DDC GROUP, INC.,<br><br>                    Plaintiff,<br>      vs.<br><br>RDY HOLDINGS LLC, a New York Limited Liability Company; YES LENDER, LLC, a business entity form unknown; GTR SOURCE LLC, a New Jersey Limited Liability Company; YELLOWSTONE CAPITAL WEST LLC, a New York Limited Liability Company; RICHMOND CAPITAL GROUP, LLC, a New York Limited Liability Company,<br><br>                    Defendants.<br>_____ | Case No. 2:18-bk-17029-BB<br><br>Adv. Case No 2:18-ap-01312-BB<br><br>Chapter 11<br><br>**PLAINTIFF'S UNILATERAL STATUS REPORT**<br><br>Date: December 11, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES**

**BANKRUPTCY JUDGE; RDY HOLDINGS LLC, A NEW YORK LIMITED**

1

**RESNIK HAYES**
**MORADI LLP**

**LIABILITY COMPANY; YES LENDER, LLC, GTR SOURCE LLC, A NEW JERSEY LIMITED LIABILITY COMPANY; YELLOWSTONE CAPITAL WEST LLC, A NEW YORK LIMITED LIABILITY COMPANY; RICHMOND CAPITAL GROUP, LLC, A NEW YORK LIMITED LIABILITY COMPANY:**

## I. INTRODUCTION

Plaintiff DDC GROUP, INC. (hereinafter "the Debtor" or "Plaintiff") filed its Complaint for Declaratory Relief (The "Complaint") on October 9, 2018 against five of its alleged secured creditors.  The Complaint requests that the Court determine the nature, extent and validity of each defendant's alleged lien and to determine the amount of the claim.   Since only one of the five Defendants has responded to the Complaint, the Debtor files this brief Unilateral Status Report to advise the Court and YesLender of the status of the service on the parties. .

## II. STATUS OF SERVICE OF THE DEFENDANTS

Plaintiff served the Summons and Complaint on the five defendants by certified mail *and* regular mail at several different addresses, almost entirely on the east coast, on or about October 12, 2018.  The addresses are set forth on the Proof of Service below.

YesLender has appeared by filing a Motion to Dismiss which is set for hearing on December 11, 2018.

RDY Holdings LLC signed for the certified mail but has not filed a response. Counsel for RDY Holdings LLC has contacted Plaintiff's counsel and is expected to file a response shortly.

Yellowstone Capital West LLC signed for the certified mail at three separate addresses but has not filed a response.  Plaintiff expects to file a Request for Entry of Default prior to the Status Conference.

GTR Source LLC has not signed for the certified mail.  The mailings have not been returned by the post office.

Richmond Capital Group, LLC has not signed for the certified mail.  The mailings

have not been returned by the post office.

### III.   CONTINUED STATUS CONFERENCE

Debtor prays that the Court continue the Status Conference for about 30 days to allow the Debtor to track down the remaining two Defendants or to file Requests for Entry of Default as to each of the non-responding Defendants.

Dated:  November 27, 2018                           **RESNIK HAYES MORADI, LLP**

                                                      **By.    /s/ M. Jonathan Hayes**
                                                            **M. Jonathan Hayes**
                                                            **Matthew D. Resnik**
                                                            **Roksana D. Moradi-Brovia**
                                                            *Attorneys for Plaintiff/Debtor*
                                                            DDC Group, Inc.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **PLAINTIFF'S UNILATERAL STATUS REPORT** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/27/2018** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page.

- **M. Jonathan Hayes   jhayes@rhmfirm.com,** roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov**
- **Larry D Webb   Webblaw@gmail.com,** larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

**II. SERVED BY U.S. MAIL:** On **11/27/2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**PLAINTIFF:**
DDC Group, Inc.
350 South Grand Ave., Suite 1670
Los Angeles, CA 90071

**DEFENDANTS**

| | |
|---|---|
| RDY HOLDINGS LLC<br>1797 Atlantic Avenue<br>Brooklyn, NY 11233 | *Attorney for RDY Holdings, LLC*<br>2 University Plaza, Suite 205<br>Hackensack, New Jersey 07601 |
| Jeffrey Zachter | |
| Yes Lender, LLC<br>1150 First Ave., Suite 105<br>King of Prussia, PA 19406 | *Attorney for YesLender, LLC*<br>Larry D. Webb<br>Law Offices of Larry D. Webb<br>484 Mobil, Suite 43<br>Camarillo, CA 93010 |
| YesLender, LLC | |

| | |
|---|---|
| GTR Source LLC<br>111 John Street, Suite 1210<br>New York, NY 10038 | New York, New York 10038 |
| Marcella G. Rabinovich, Esq.<br>*Attorney for GTR Source, LLC*<br>111 John Street, Suite 1210 | GTR Source, LLC<br>*Attn: Tzvi Reich*<br>111 John Street, Suite 1210<br>New York, New York 10038 |
| Yellowstone Capital West LLC<br>17 State Street, Suite 4000<br>New York, NY 10004 | Yellowstone Capital West LLC<br>1 Evertrust Plaza, #1401<br>Jersey City, NJ 070302 |
| Richmond Capital Group LLC<br>111 John Street<br>New York, NY 10038 | Richmond Capital Group LLC<br>8212 Third Ave.<br>Brooklyn, NY 11209 |

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/27/2018** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **11/27/2018** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |