1  M. Jonathan Hayes (Bar No. 90388)
   jhayes@rhmfirm.com
2  Matthew D. Resnik (Bar No. 182562)
   matthew@rhmfirm.com
3  Roksana D. Moradi (Bar No. 266572)
   roksana@rhmfirm.com
4  **RESNIK HAYES MORADI LLP**
   17609 Ventura Blvd., Suite 314
5  Encino, California 91316
   Telephone: (818) 285-0100
6  Facsimile: (818) 855-7013

7
   *Attorneys for Plaintiff/Debtor*
8  DDC Group, Inc.

9            UNITED STATES BANKRUPTCY COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11              LOS ANGELES DIVISION

12 In re:                          )  Case No. 2:18-bk-17029-BB
                                   )
13 DDC GROUP, INC.,                )  Adv. No. 2:18-ap-01312-BB
                                   )
14                                 )  Chapter 11
                        Debtor.    )
15 _____)
                                   )  **FIRST AMENDED COMPLAINT FOR
16 DDC GROUP, INC.,                )  DECLARATORY RELIEF AND TO
                                   )  DETERMINE NATURE, EXTENT
17                                 )  AND VALIDITY OF JUDGMENT
              Plaintiff,           )  LIENS**
18      vs.                        )
                                   )
19 RDY HOLDINGS LLC, a New York    )  *STATUS CONFERENCE:*
   Limited Liability Company; YES  )  Date:  March 5, 2019
20 LENDER, LLC, a business entity form )  Time:  2:00 p.m.
   unknown; GTR SOURCE LLC, a New  )  Place: Courtroom 1539
21 Jersey Limited Liability Company; )         255 East Temple Street
   YELLOWSTONE CAPITAL WEST LLC, )            Los Angeles, CA 90012
22 a  New York Limited Liability Company; )
   RICHMOND CAPITAL GROUP, LLC, a )
23 California Limited Liability Company, )
                                   )
24             Defendants.         )
                                   )
25 ================================)

26
          **Plaintiff/Debtor DDC GROUP, INC.** alleges as follows:
27
   ///
28

RESNIK HAYES
MORADI LLP

                                  1

///

# I.    **INTRODUCTION**

1.    On June 18, 2018, Plaintiff DDC GROUP, INC. (hereinafter "the Debtor" or "Plaintiff"), Debtor in-Possession, filed its chapter 11 petition.  The Chapter 11 case is now pending before this court. Debtor continues to operate its business as Debtor-in-Possession.

2.    Plaintiff is informed and believes, and based upon such information and belief, thereon allege, that at all times hereinafter mentioned, Defendant, **RDY HOLDINGS LLC, a New York Limited Liability Company** (hereinafter "RDY"), is and was a Limited Liability Company organized and existing under the laws of its state of formation, and doing business within the Central District of California.

3.    Plaintiff is informed and believes, and based upon such information and belief, thereon allege, that at all times hereinafter mentioned, Defendant, **YES LENDER, LLC, a business entity form unknown** (hereinafter "YES"), is and was a Limited Liability Company organized and existing under the laws of its state of formation, and doing business within the Central District of California.

4.    Plaintiff is informed and believes, and based upon such information and belief, thereon allege, that at all times hereinafter mentioned, Defendant, **GTR SOURCE LLC, a New Jersey Limited Liability Company** (hereinafter "GTR"), is and was a Limited Liability Company organized and existing under the laws of its state of formation, and doing business within the Central District of California.

5.    Plaintiff is informed and believes, and based upon such information and belief, thereon allege, that at all times hereinafter mentioned, Defendant, **YELLOWSTONE CAPITAL WEST LLC, a New York Limited Liability Company** (hereinafter "YELLOWSTONE"), is and was a Limited Liability Company organized and existing under the laws of its state of formation, and doing business within the Central District of California.

6.    Plaintiff is informed and believes, and based upon such information and

belief, thereon allege, that at all times hereinafter mentioned, Defendant, **RICHMOND CAPITAL GROUP, LLC, a California Limited Liability Company** (hereinafter "RICHMOND"), was a Limited Liability Company organized and existing under the laws of its state of formation, and doing business within the Central District of California.

7.     This adversary proceeding is a core proceeding pursuant to the provisions of 28 U.S.C. § 157 and this court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and Rule 7001 of the Federal Rules of Bankruptcy Procedure. Venue in this judicial district is proper pursuant to the provisions of 28 U.S.C. § 1409(a).

8.     Plaintiff is a California corporation which owns and operates a construction business which focuses on remodeling of retail spaces and restaurants. The Debtor has general contractor licenses in California, Oregon and Washington State.

9.     Plaintiff DDC Group Inc. began in 2014 as Your Construction Experts. The current owners of DDC Group, Inc. purchased Your Construction Experts in late 2014 and obtained its first contract in the spring of 2015. The company name was changed to Drop Development Construction, Inc. from Your Construction Experts in late 2014, and was shortened to DDC Group, Inc. in 2016.

10.    Plaintiff's specialty is remodeling retail and restaurant locations for franchisees. Locations include stores in malls, free-standing stores and stores in hotels. In early 2018, DDC Group, Inc. had projects in Washington, Oregon and California, and ran multiple sites for multiple clients.

11.    Plaintiff began borrowing money from Defendants who are short-term "hard money" lenders, at least on five separate occasions in the year before filing the chapter 11 petition.  The loan documentation for each defendant purports to provide that the lender is "buying" some percentage of existing but unidentified accounts receivable at a huge and also unidentified interest rate. The documentation also appears to provide for a blanket lien on all assets of the Debtor.

12.    Upon the most basic default of the loan terms, the lender in three cases immediately filed suit in New York and in the YesLender case filed suit in Pennsylvania.

Each lender used a Confession of Judgment to obtain a New York or Pennsylvania judgment literally overnight, without review of the documents by a judge or notice to the Debtor that a judgment was being sought. The Debtor first learned of the judgments when the corporate bank accounts were frozen.

13.    Defendant RDY Holdings LLC has not yet obtained a judgment against the Debtor.   Its personal property security interest is however first in priority of the five lenders.

14.    Defendant YesLender has obtained a sister state judgment in California.  The other three defendants with out of state judgments do not have sister state judgments in California.   As to the YesLender California Judgment, California law was not followed by YesLender and therefore the judgment should be declared void.

> California Code of Civil Procedure 1132: (b) A judgment by confession shall be entered only if an attorney independently representing the defendant signs a certificate that the attorney has examined the proposed judgment and has advised the defendant with respect to the waiver of rights and defenses under the confession of judgment procedure and has advised the defendant to utilize the confession of judgment procedure.   The certificate shall be filed with the filing of the statement required by Section 1133."

15.    Debtor was not offered the opportunity to have its attorney "examine the proposed judgment" or give it any advice whatsoever.

16.    In fact, when copies of the paperwork used to obtain the judgments were obtained and reviewed, it was learned that the affidavits submitted in New York and Pennsylvania to obtain the judgments include false statements, such as the amount which had been repaid, the amount which had been funded, and the alleged conduct which defendants claimed created a default.  In addition, the judgments include huge attorney fee claims even though the forms were summarily submitted to the clerk, no court appearances had been required, and the loans had funded only weeks prior to the judgments being obtained. The difference between the judgment and the amount actually lent is substantial, often double, or nearly double, the initial loan amount. Plaintiff therefore disputes in full the validity of all such Judgments.

17.    Based on the out-of-state judgments, at least three of the lenders began levying the Debtor's out-of-state bank accounts by serving the levy on a local branch in New York. Those banks froze all accounts of the Debtor because each account did not have twice the amount of the judgment, but the combined amount of the accounts far exceeded the amounts of the judgment. These levies compromised the Debtor's ability to pay subcontractors and overhead.  Letters from these lenders to clients led to clients failing to pay DDC what was owed to the Debtor on contracts. This conduct by the lenders combined with aging accounts receivables becoming an issue, led directly to the Debtor's decision to file the within chapter 11 petition.

### *The Liens*

18.    Plaintiff is informed and believes, based on a review of a UCC Search Report and its own records alleges, there appears to be the following allegedly secured creditors:

a. RDY Holdings LLC recorded a UCC-1 Financing Statement on January 11, 2017. A true and correct copy of the UCC-1 bearing Filing Number 17-7565490963 is attached hereto as **Exhibit "1"** and is incorporated herein by this reference as though set forth in full.  As stated above, RDY Holdings does not have a judgment against the Debtor.

b. YES LENDER LLC recorded a UCC-1 Financing Statement on February 14, 2018. A true and correct copy of the UCC-1 bearing Filing Number 18-7633476116 is attached hereto as **Exhibit "2**** and is incorporated herein by this reference as though set forth in full.  YesLender has both a Pennsylvania judgment and a California judgment against the Debtor.

c. RICHMOND CAPITAL GROUP recorded a UCC-1 Financing Statement on April 20, 2018. A true and correct copy of the UCC-1 bearing Filing Number 18-7644739988 is attached hereto as **Exhibit "3"** and is incorporated herein by this reference as though set forth in full.  Richmond Capital Group has a New York Judgment against the Debtor.

d. GTR SOURCE LLC recorded a UCC-1 Financing Statement on May 7, 2018. Judgment date and amount is unknown. A true and correct copy of the UCC-1 bearing Filing Number 18-7647530798 is attached hereto as **Exhibit "4"** and is incorporated herein by this reference as though set forth in full.  GTR Source has a New York Judgment against the Debtor.

e. YELLOWSTONE CAPITAL WEST LLC recorded a UCC-1 Financing Statement on March 1, 2018. Judgment date and amount is unknown. A true and correct copy of the UCC-1 bearing Filing Number 18-7635701694 is attached hereto as **Exhibit "5"** and is incorporated herein by this reference as though set forth in full.  Yellowstone Capital West has a New York Judgment against the Debtor.

### ***The Judgments***

19.    Plaintiff is informed and believes and based thereon alleged that a review of Court Records reveals the following Judgment entered in favor of Defendants:

| Creditor | Date of Judgment | Judgment Amount | Amount Borrowed |
|---|---|---|---|
| Richmond Capital Group, LLC | February 28, 2018 | $37,820.12 | $25,000.00 |
| GTR Source, LLC | February 28, 2018 | $37,820.12 | $25,000.00 |
| Yellowstone Capital West, LLC | March 1, 2018 | $112,664.56 | $60,000.00 |
| YES Lender LLC | April 2, 2018 | $63,483.35 | $38,800.00 |

True and correct copies of the Judgments which Plaintiff was able to obtain copies of are attached hereto collectively as **Exhibit "6"** and are incorporated herein by this reference as though set forth in full.

20.    Given the large disparity between the amounts borrowed by Plaintiff and the amounts of the Judgments entered, Plaintiff disputes the validity of all such Judgments and the extent, if any of any liens claimed by the Defendants.

## II.   **FIRST CLAIM FOR RELIEF**

**DECLARATORY RELIEF TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF ANY LIENS UNDER F.R.B.P. 7001(2) AGAINST ALL DEFENDANTS**

21.     Plaintiff incorporates the allegations contained in paragraphs 1 through 17 above as if set forth herein in full.

22.     Plaintiff is informed and believes and on that basis alleges that Defendants RDY, YES, GTR, YELLOWSTONE, and RICHMOND intend to continue to try to collect the debts or otherwise assert their liens against Plaintiff in the amounts set forth in the Judgments and UCC liens.  Plaintiff is not alleging that any Defendants have violated the automatic stay.

23.     An actual controversy has arisen between the parties and now exists between them as to whether or not the RDY, YES, GTR, YELLOWSTONE, and RICHMOND liens are valid and if so, to what extent and amount.

24.     While Plaintiff does not dispute the debts per se, it does dispute the amount and the secured status of each.  Plaintiff does dispute the claimed amounts for each Lien based upon the clear disparity between the amount originally borrowed and the Judgment amounts given the short period of time actually involved and the lack of effort expended to obtain such Judgments.

25.     Plaintiff disputes any interest charged by Defendants (irrespective of whether it is called interest or some other increase in the amount borrowed) on the basis that the interest is an unenforceable penalty.

26.     Plaintiff disputes any attorney's fees charged by Defendants that are more than a nominal amount on the basis that the fees are unreasonable and therefore not allowable as a claim against the estate.

27.     Plaintiff seeks a determination of the extent and validity of a lien on Real Property (the "Property") pursuant to B.R. 7001(2), which provides for an adversary

proceeding "to determine the validity, priority, or extent of a lien or other interest in property."

28.    A court determination is therefore necessary of the relative rights of the parties with respect to the **nature, extent and validity** of the RDY, YES, GTR, YELLOWSTONE, and RICHMOND judgment liens.  Until such determination is made, the parties will not know whether the debts are valid, whether they are secured, and if so, in which amount.

### III.    SECOND CLAIM FOR RELIEF

### DECLARATORY RELIEF

29.    Plaintiff incorporates the allegations contained in paragraphs 1 through 17 above as if set forth herein in full.

30.    A Complaint for Declaratory Relief, pursuant to B.R. 7001(9), can provide the same relief as is available to Plaintiff pursuant to B.R. 7001(1), (2) and (7), because it provides that a declaratory judgment can include any of the relief available in any other type of adversary proceeding. It provides that an adversary proceeding includes "a proceeding to obtain a declaratory judgment relating to any of the foregoing," i.e., any of the adversary proceeding types delineated in B.R. 7001(1) through (8).

31.    Plaintiff seeks declaratory relief, such as is necessary to provide the same relief available pursuant to B.R. 7001(2) and (7).

32.    Plaintiff seeks declaratory rulings as are determined by the Court, as is necessary to carry out the purposes and intents of the relief requested in this Complaint.

33.    Plaintiff seeks declaratory rulings pertaining to the documents recorded that constitute a cloud upon Plaintiff's assets.

34.    Therefore, Plaintiff requests declaratory rulings that:

    a.    The YesLender, GTR, Yellowstone and Richmond claims are limited to the extent that they exceed the amount actually borrowed by Plaintiff plus interest at the legal rate and costs of suit only; and

     b. The RDY, YES, GTR, YELLOWSTONE, and RICHMOND Liens are not valid, thereby making the debts unsecured entirely.

**WHEREFORE, Plaintiff prays for judgment against Defendants as follows:**

1.    For a declaration of the Court that the RDY, YES, GTR, YELLOWSTONE, and RICHMOND liens are not valid, perfected, or enforceable pre-petition security interests or lien on any of the Debtor's estate;

2.    For a declaration of the Court that the RDY, YES, GTR, YELLOWSTONE, and RICHMOND claims are limited to the amount actually borrowed by Plaintiff.

3.    For such further relief as is just and proper.

Dated:  January 14, 2019         **RESNIK HAYES MORADI, LLP**

         By.     **/s/ M. Jonathan Hayes**
                **M. Jonathan Hayes**
                **Matthew D. Resnik**
                **Roksana D. Moradi**
                *Attorneys for Plaintiff/Debtor*
                DDC Group, Inc.

EXHIBIT "1"

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company
800-858-5294

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

DOCUMENT NUMBER: 59143330002
FILING NUMBER: 17-7565490983
FILING DATE: 01/11/2017 08:12

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DDC Group, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 705 W 9th Street Suite 2004 | Los Angeles | CA | 90015 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RDY Holdings LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1797 Atlantic Ave | Brooklyn | NY | 11233 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Blanket filing for all assets.
Contract non commercial.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[126060519]

FILING OFFICE COPY

EXHIBIT "2"

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)** | |
| UCC Filing Department | |
| (800) 828-0938 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

COGENCY GLOBAL INC.
10 East 40th Street,
Tenth Floor
New York, NY 10016
USA

DOCUMENT NUMBER: 67897410002
FILING NUMBER: 16-7633476116
FILING DATE: 02/14/2018 14:04

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DDC Group Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 350 S. Grand Avenue, Suite 1670 | Los Angeles | CA | 90071 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Yes Lender LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1150 First Avenue, Suite 105 | King of Prussia | PA | 19406 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Future Receivables

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Filed with: CA - Secretary of State A#853271

**FILING OFFICE COPY**

EXHIBIT "3"

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

DOCUMENT NUMBER: 69493960002
FILING NUMBER: 18-7644739988
FILING DATE: 04/20/2018 11:43

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** DDC GROUP, INC. | | | |
| | **1b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **1c. MAILING ADDRESS** 350 S. Grand Ave. Ste. 1670 | **CITY** Los Angeles | **STATE** CA | **POSTAL CODE** 90071 | **COUNTRY** USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | |
| | **2b. INDIVIDUAL'S SURNAME** BORISOV | **FIRST PERSONAL NAME** VYACHESLAV | **ADDITIONAL NAME(S)/INITIAL(S)** V. | **SUFFIX** |
| **2c. MAILING ADDRESS** 705 W 9th St., Ste 2004 | **CITY** Los Angeles | **STATE** CA | **POSTAL CODE** 90015 | **COUNTRY** USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** Richmond Capital Group LLC | | | |
| | **3b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **3c. MAILING ADDRESS** 111 John Street, STE 1210 | **CITY** NEW YORK | **STATE** NY | **POSTAL CODE** 10038 | **COUNTRY** USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All of Merchant's future accounts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers and/or other third party payors (the "Recipients" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the Merchant's business), for the payments due to Merchant as a result of Merchant's sale of goods or services ( the "Transactions") until the amount specified below (the Purchase Amount) has been delivered by or on behalf of Merchant to Richmond Capital Group LLC.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: | **6b.** Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-63781872-55029753

**FILING OFFICE COPY**

EXHIBIT "4"

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company
800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

DOCUMENT NUMBER: 69897120002
FILING NUMBER: 18-7647530798
FILING DATE: 05/07/2018 09:39

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | DDC Group Inc | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 350 S GRAND AVE SUITE 1670 | LOS ANGELES | CA | 90071 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Woeste | Mary | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9540 AVONNE AVE SPC 37 | SAN SIMEON | CA | 93452 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 2576 uccsprep@cscinfo.com | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All personal property and general intangibles, including related accessions, accessories, replacements and proceeds, and certain future receivables, as detailed and defined in a loan agreement between secured party and debtor.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[146263099]

**FILING OFFICE COPY**

EXHIBIT "5"

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company
800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

DOCUMENT NUMBER: 68219680002
FILING NUMBER: 18-7635701694
FILING DATE: 03/01/2018 13:13

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** DDC GROUP, INC. | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 350 S GRAND AVENUE STE 1670 | LOS ANGELES | CA | 90071 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** DDC GROUP | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 350 S GRAND AVENUE STE 1670 | LOS ANGELES | CA | 90071 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 2576 UCCSPREP@CSCINFO.COM | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT
BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF
WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S
RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL
INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[143392785]

**FILING OFFICE COPY**

# EXHIBIT "6"

FILED: ONTARIO COUNTY CLERK 03/06/2018 ...
NYSCEF DOC. Case 2:18-bk-17029-BB   Doc 11  Filed 06/22/18   Entered 06/22/18 18:06:02   Desc
                                    Main Document   Page 79 of 107
201803060240

Index # : 117302-2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO

YELLOWSTONE CAPITAL WEST LLC,

    Plaintiff/Judgment Creditor,

    -against-

DDC GROUP, INC. D/B/A DDC GROUP AND
VYACHESLAV V BORISOV,

    Defendants/Judgment Debtors.

Index No. 117302-2018

**NOTICE OF ENTRY**
**OF JUDGMENT**

**PLEASE TAKE NOTICE** that annexed is a true copy of a Judgment dated March 1,

2018 in the above-captioned action, and entered in the office of the County Clerk of ONTARIO

County on or about March 1, 2018.

Dated: New York, New York
    March 1, 2018

Christopher Castro, Esq.
17 State Street, Suite 4000
New York, New York 10004
Phone: (646) 774-3308

Defendants' Address(es):

Vyacheslav V Borisov
705 W 9th Street Suite 2004
Los Angeles, California 90015

DDC Group, Inc.
d/b/a DDC Group
350 S Grand Ave. Suite 1670
Los Angeles, California 90071

201803010155

Index #: 117302-2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO

YELLOWSTONE CAPITAL WEST LLC,

|  | Index No. |

                              Plaintiff,

          -against-

DDC GROUP, INC. d/b/a DDC GROUP and
VYACHESLAV V BORISOV,

                              Defendants.

Plaintiff's Address:
30 Broad Street, 14th Floor
New York, New York 10004

**JUDGMENT BY CONFESSION**

| | |
|---|---|
| Amount Confessed: | $ 89,700.00 |
| Less Payments Received: | $ 0.00 |
| **Amount Due and Owing:** | **$ 89,700.00** |
| Interest (from February 21, 2018) at 16%: | $ 314.56 |
| Attorney's Fees confessed: | $ 22,425.00 |
| Costs by Statute (CPLR 3218[b]): | $ 15.00 |
| Filing Fee (CPLR 8018[a]): | $ 210.00 |
| Total Costs and Disbursements: | $ 225.00 |
| **Total:** | **$ 112,664.56** |

*Costs taxed @ $225.00 witnessing Hereby Valerie A ... atty dep clerk*

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**ATTORNEY'S AFFIRMATION**

The undersigned, an attorney at law of the State of New York, affirms that he is the attorney of record for the plaintiff YELLOWSTONE CAPITAL WEST LLC herein, and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: New York, New York
       March 1, 2018

Christopher Castro, Esq.
17 State Street, Suite 4000
New York, New York 10004
Tel: (646) 774-3308

ON FILING the foregoing Affidavit of Confession of Judgment made by Defendants herein,

sworn to on February 15, 2018; and upon the Affidavit in Support of Entry of Judgment, sworn to on

March 1, 2018, along with the exhibits thereto;

NOW, ON MOTION OF Christopher Castro, Esq., attorney for Plaintiff YELLOWSTONE

CAPITAL WEST LLC, it is

ADJUDGED, that Plaintiff YELLOWSTONE CAPITAL WEST LLC having an address at 30

Broad Street, 14th Floor, New York, New York 10004, have judgment and do recover of Defendant

DDC GROUP, INC. d/b/a DDC GROUP, having an address at 350 S Grand Ave, Suite 1670, Los

Angeles, California 90071 and Defendant VYACHESLAV V BORISOV, having an address at 705 W

9th Street Suite 2004, Los Angeles, California 90015, jointly and severally, the sum of $89,700.00 plus

interest at sixteen percent (16%) as calculated by the Clerk in the amount of $314.56, plus costs and

disbursements as taxed by the Clerk in the amount of $225.00, plus attorneys' fees in the amount of

$22,425.00 for a total sum of $112,664.56; and that

Plaintiff YELLOWSTONE CAPITAL WEST LLC shall have execution thereof.

Matthof. Hoose by
Valeria A. Kentaily dap Sall
CLERK

Judgment entered the ___1st___ day of ___March___, 2018.

FILED: RICHMOND COUNTY CLERK 182/145/61141910 15 58 AMM1/14/19 18:06:02 "Desc

NYSCEF DOC. No. 4:18-bk-17029-BB   Doc 11   Filed 06/22/18   Entered 01/14/19 18:06:02   Desc
Main Document   Page 29 of 107   RECEIVED NYSCEF 02/28/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

RICHMOND CAPITAL GROUP LLC

                               Plaintiffs,

   -against-

DDC GROUP, INC. And VYACHESLAV V.
BORISOV,

                               Defendants.

Index No.: 18 150470

**JUDGMENT BY CONFESSION**

| | |
|---|---|
| Amount Confessed: | $37,475.00 |
| Amount Paid: | $00.00 |
| Amount Owed: | $37,475.00 |
| Interest (from 2/15/2018) at 9% | $ 120.12 |
| Costs by Statute (CPLR 3218(b)) | $15.00 |
| Filing Fee (CPLR 8018(a)) | $210.00 |
| Total Costs and Disbursements | $225.00 |
| Total: | $ 37,820.12 |

1-493831
**FILED AND
DOCKETED
Feb 28 2018**
AT    01:51 P   M
**RICHMOND COUNTY CLERK**

## ATTORNEY'S AFFIRMATION

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

   The undersigned, an attorney at law of the State of New York, affirms that she is the attorney
of record for Plaintiff **Richmond Capital Group LLC** herein, and states that the disbursements
above specified are correct and true and have been or will necessarily be made or incurred herein
and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: New York, New York
      February 27, 2018

                                        /s/
                                  Marcella G. Rabinovich, Esq.
                                  111 John Street, Suite 1210
                                  New York, NY 10038

ON FILING the foregoing Affidavit of Confession of Judgment made by Defendants

Borisov sworn to on February 15, 2018; and upon the Affidavit of Non-Payment in Support of

Entry of Judgment, Sworn to February 27, 2018.

NOW, ON MOTION OF Marcella G. Rabinovich, Esq., attorney for Plaintiff Richmond

Capital Group LLC, it is

ADJUDGED that Plaintiff, **Richmond Capital Group LLC** , located at 111 John Street,

Suite 1210, New York, NY 10038 , has judgment and does recover of the Defendants, **DDC**

**GROUP, INC.,** located at 350 s. Grand Ave. Ste. 1670, Los Angeles, CA 90071, and

**VYACHESLAV V. BORISOV**, residing at 705 W 9th St., Ste 2004, Los Angeles, CA 90015 the

sum of $37,475.00 plus interest at nine percent (9%) per annum from February 15, 2018, as

calculated by the Clerk in the amount of $ **120.12** , together with $225.00 costs and

disbursements as taxed by the clerk amounting in all to the sum of $ **37,820.12** ; and that the

Plaintiff RICHMOND CAPITAL GROUP LLC have execution therefore.

Clerk

Judgment entered the 28 th day of Feb. 2018, 2018.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

GTR SOURCE LLC

                               **Plaintiffs,**

    -against-

DDC GROUP, INC. And VYACHESLAV V.
BORISOV,

                               **Defendants.**

Index No.: 18 150471

**JUDGMENT BY CONFESSION**

| | |
|---|---|
| Amount Confessed: | $37,475.00 |
| Amount Paid: | $00.00 |
| Amount Owed: | $37,475.00 |
| Interest (from 2/15/2018) at 9% | $120.12 |
| Costs by Statute (CPLR 3218(b)) | $15.00 |
| Filing Fee (CPLR 8018(a)) | $210.00 |
| Total Costs and Disbursements | $225.00 |
| Total: | $37,820.12 |

```
1-493833
FILED AND
DOCKETED
Feb 28 2018
AT    02:00 P    M
RICHMOND COUNTY CLERK
```

## ATTORNEY'S AFFIRMATION

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK )

    The undersigned, an attorney at law of the State of New York, affirms that she is the attorney of record for Plaintiff **GTR SOURCE LLC** herein, and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: New York, New York
       February 27, 2018

                                                   _____/s/_____
                                                   Marcella G. Rabinovich, Esq.
                                                   111 John Street, Suite 1210
                                                   New York, NY 10038

ON FILING the foregoing Affidavit of Confession of Judgment made by Defendants Borisov sworn to on February 15, 2018; and upon the Affidavit of Non-Payment in Support of Entry of Judgment, Sworn to February 27, 2018.

NOW, ON MOTION OF Marcella G. Rabinovich, Esq., attorney for Plaintiff GTR SOURCE LLC, it is

ADJUDGED that Plaintiff, **GTR SOURCE LLC** , located at 111 John Street, Suite 1210, New York, NY 10038 , has judgment and does recover of the Defendants, **DDC GROUP, INC.**, located at 350 s. Grand Ave. Ste. 1670, Los Angeles, CA 90071, and **VYACHESLAV V. BORISOV**, residing at 705 W 9th St., Ste 2004, Los Angeles, CA 90015 the sum of $37,475.00 plus interest at nine percent (9%) per annum from February 15, 2018, as calculated by the Clerk in the amount of $ **120.12** , together with $225.00 costs and disbursements as taxed by the clerk amounting in all to the sum of $ **37,820.12** ; and that the Plaintiff GTR SOURCE LLC have execution therefore.

_____
Clerk

Judgment entered th 28 th day of Feb. 2018, 2018.

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>DDC Group, Inc.<br>350 South Grand Ave., Suite 1670<br>Los Angeles, CA 90071 | DEFENDANTS<br>RDY HOLDINGS LLC, a New York Limited Liability Company;<br>YES LENDER, LLC, a business entity form unknown; GTR<br>SOURCE LLC, a New Jersey Limited Liability Company;<br>YELLOWSTONE CAPITAL WEST LLC, a New York Limited<br>Liability Company; RICHMOND CAPITAL GROUP, LLC, a New<br>York Limited Liability Company |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>M. Jonathan Hayes 90388<br>RESNIK HAYES MORADI, LLP<br>17609 Ventura Blvd., Ste. 314, Encino, CA 91316<br>(818)285-0100 Fax: (818)855-7013 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only)<br>[✓] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor   [ ] Other<br>[ ] Trustee | PARTY (Check One Box Only)<br>[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[✓] Creditor  [ ] Other<br>[ ] Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ X ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses,
    false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary,
    embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation
    (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ X ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
[ ] 02-Other (e.g. other actions that would have been brought in state
    court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>DDC Group, Inc. | | BANKRUPTCY CASE NO.<br>2:18-bk-17029-BB |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Sheri Bluebond |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*M. Jonathan Hayes*

M. Jonathan Hayes

| DATE<br>October 9, 2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>M. Jonathan Hayes |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

## PROOF OF SERVICE OF DOCUMENT

1   I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
    My business address is:  **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

2

          A true and correct copy of the foregoing documents:
3                          • **FIRST AMENDED COMPLAINT FOR DECLARATORY
                             RELIEF AND TO DETERMINE NATURE, EXTENT AND
4                            VALIDITY OF JUDGMENT LIENS**

5         will be served or was served **(a)** on the judge in chambers in the form and manner
          required by LBR 5005-2(d); and **(b)** in the manner indicated below:
6
    **I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**
7   **("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)
    ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the
8   document. On **1/14/19,** I checked the CM/ECF docket for this bankruptcy case or
    adversary proceeding and determined that the following person(s) are on the Electronic
9   Mail Notice List to receive NEF transmission at the email address(es) indicated below:
    ☐ Service information continued on attached page
10
        • **M. Jonathan Hayes    jhayes@rhmfirm.com,**
11        **roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@r**
          **hmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.co**
12        **m;russ@rhmfirm.com;rebeca@rhmfirm.com**
        • **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
13      • **Larry D Webb    Webblaw@gmail.com,**
          **larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com**
14
    **II.  SERVED BY U.S. MAIL:** On **1/14/19,** I served the following person(s) and/or
15  entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by
    placing a true and correct copy thereof in a sealed envelope in the United States Mail, first
16  class, postage prepaid, and addressed as follows. Listing the judge here constitutes a
    declaration that mailing to the judge will be completed no later than 24 hours after the
17  document is filed.

18  Hon. Sheri Bluebond
    U.S. Bankruptcy Court
19  255 E. Temple Street, Suite 1534
    Los Angeles, CA 90012
20
    **PLAINTIFF:**
21  DDC Group, Inc.
    350 South Grand Ave., Suite 1670
22  Los Angeles, CA 90071

23  Clerk of the Court
    U.S. Bankruptcy Court
24  915 Wilshire Blvd., #1050
    Los Angeles, CA 90017
25

26  **DEFENDANTS**

27  RDY HOLDINGS LLC                              1797 Atlantic Avenue

28

28

Brooklyn, NY 11233

*Attorney for GTR Source, LLC*
111 John Street, Suite 1210
New York, New York 10038

Yes Lender, LLC
1150 First Ave., Suite 105
King of Prussia, PA 19406

GTR Source LLC
111 John Street, Suite 1210
New York, NY 10038

GTR Source, LLC
*Attn: Tzvi Reich*
111 John Street, Suite 1210
New York, New York 10038

Marcella G. Rabinovich, Esq.

Yellowstone Capital West LLC
1 Evertrust Plaza, #1401
Jersey City, NJ 070302

Yellowstone Capital West LLC
17 State Street, Suite 4000
New York, NY 10004

Richmond Capital Group LLC
111 John Street
New York, NY 10038

Richmond Capital Group LLC
8212 Third Ave.
Brooklyn, NY 11209

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **1/14/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**Via email to Jeffrey Zachter (attorney for RDY Holdings LLC)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/14/19 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---------|----------------|--------------------|
| *Date* | *Type Name* | *Signature* |