1  M. Jonathan Hayes (Bar No. 90388)
   Matthew D. Resnik (Bar No. 182562)
2  Roksana D. Moradi-Brovia (Bar No. 266572)
   **RESNIK HAYES MORADI LLP**
3  17609 Ventura Blvd., Suite 314
   Encino, California 91316
4  Telephone: (818) 285-0100
   Facsimile: (818) 855-7013
5  jhayes@rhmfirm.com
   matt@rhmfirm.com
6
   *Attorneys for Plaintiff/Debtor*
7  DDC Group, Inc.

FILED & ENTERED

OCT 01 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DDC GROUP, INC.,<br><br>Debtor.<br>_____<br>DDC GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RDY HOLDINGS LLC, a New York Limited Liability Company; YES LENDER, LLC, a business entity form unknown; GTR SOURCE LLC, a New Jersey Limited Liability Company; YELLOWSTONE CAPITAL WEST LLC, a New York Limited Liability Company; RICHMOND CAPITAL GROUP, LLC, a New York Limited Liability Company,<br><br>Defendants. | Case No. 2:18-bk-17029-BB<br><br>Adv. Case No. 2: 18-ap-01312-BB<br><br>Chapter 11<br><br>**DEFAULT JUDGMENT AGAINST GTR SOURCE LLC; YELLOWSTONE CAPITAL WEST LLC; AND RICHMOND CAPITAL GROUP LLC**<br><br>Date: September 17, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

A hearing took place at the above time and place to consider Plaintiff's Motion for Default Judgment against Defendants GTR SOURCE LLC; YELLOWSTONE CAPITAL WEST LLC; AND RICHMOND CAPITAL GROUP LLC (the "Default Defendants").

Appearances are noted in the record. After review of the Motion for Default Judgment, the evidence contained therein, and there being no opposition to the Motion, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Motion for Default Judgment is **GRANTED**.
2. Judgment shall be entered in favor of Plaintiff DDC Group, Inc. as follows:
3. The debt owed by the Debtor to each of the Default Defendants as of the Effective Date of the Third Amended Chapter 11 Plan is as follows:
   a. GTR SOURCE LLC: $18,000
   b. YELLOWSTONE CAPITAL WEST LLC: $54,000
   c. RICHMOND CAPITAL GROUP LLC: $18,000

###

Date: October 1, 2019

Sheri Bluebond
United States Bankruptcy Judge